UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL WHITE,<br><br>                   Plaintiff,<br><br>-against-<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE) et al,<br><br>                   Defendants. | 21-CV-10210 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued December 1, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice to the pending action under docket number 21-CV-09902. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   December 1, 2021
              New York, New York

                                             /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                           Chief United States District Judge